**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CAMPUS INVESTMENTS, INC., an Ohio corporation, | ) | |
| | ) | Case No. 1:05-CV-03877 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Judge: Hon. Samuel Der-Yeghiayan |
| VILLAGE OF LAKE VILLA, ILLINOIS, a municipal corporation, and BRETT BENNETT | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that the plaintiff, Campus Investments, Inc., pursuant to Fed.R.Civ.P. 41(a)(1) voluntarily dismisses its claims against the remaining defendant, the Village of Lake Villa in the above-captioned action.

Dated: July 19, 2005

Respectfully submitted,

Sebastian Rucci (ND IL No. 90785689)
3058 Chardonnay Lane
Poland, Ohio 44514
Phone: (330) 707-1182
Fax: (330) 707-1882
Email: SRucci@msn.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

Counsel for the Plaintiff's certifies that on July 19, 2005 he deposited a copy of the above document in a United States Postal Service mailbox in Poland, Ohio, in a sealed envelope with postage fully prepaid, addressed to Hervas, Sotos, Condon & Bersani, Attn: Charles Hervas, 333 Pierce Road, Suite 195, Itasca, IL 60143 and to Law Offices of James P. Bateman, Ltd., Attorney for Lake Villa, 600 Hart Road, Suite 260, Barrington, IL 60010.

Sebastian Rucci